**Order filed, May 14, 2013.**



In The

# Fourteenth Court of Appeals
————————

## NO. 14-13-00170-CR
————————

### CORNELIUS JACKSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the County Court at Law No 2**
**Fort Bend County, Texas**
**Trial Court Cause No. 12-CCR-163243**

---

### ORDER

The reporter's record in this case was due **April 09, 2013**. *See* Tex. R. App. P. 35.1. On **April 11, 2013**, this court granted the court reporters request for extension of time to file the record until **May 09, 2013**. To date, the record has not been filed with the court. Because the reporter's record was not filed within the time prescribed in the first request, the court **GRANTS** your second request and issues the following order.

We order **Kelly D. Kelly**, the official court reporter, to file the record in this appeal **on or before June 10, 2013. No further extension will be entertained absent exceptional circumstances**. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Kelly D. Kelly** does not timely file the record as ordered, the Court may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM